UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY J. STARK, a Canadian citizen and Washington resident,

Plaintiff,

v.

MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation; and DEGGINGER MCINTOSH & ASSOCIATES, INC., a Washington corporation,

Defendant.

NO.: 2:17-cv-01498 TSZ

STIPULATION FOR EXTENSION OF TIME TO ANSWER AND ORDER

The plaintiff and defendant Degginger McIntosh & Associates ("DMA") hereby stipulate, through their undersigned counsel, that the time for defendant DMA to answer the plaintiff's Complaint under Rule 81, Fed. R. Civ. P., be extended to 7 calendar days from the date this court issues its ruling on the plaintiff's intended motion for remand of this removed action to the King County Superior Court (which motion is planned to be filed on October 12, 2017); and further, that agreement to this extension of time is not a waiver by plaintiff or DMA of any jurisdictional objections or of any jurisdictional arguments to be made in plaintiff's intended motion for remand; and further, that the court should enter the Order below.

DATED this 12th day of October, 2017.

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER - 1

dest-p-stip for extension of time to answer

**ROCKEY STRATTON, P.S.**
ATTORNEYS AT LAW
200 WEST MERCER STREET, SUITE 208
SEATTLE, WASHINGTON 98119-3994
(206) 223-1688

| | |
|---|---|
| ROCKEY STRATTON, P.S. | FOSTER PEPPER PLLC |
| s/Steven A. Rockey | s/John P. Zahner |
| Thomas C. Stratton, WSBA 14545 | John P. Zahner, WSBA 24505 |
| Steven A. Rockey, WSBA 14508 | Adrienne G. McKelvey, WSBA 50990 |
| Rockey Stratton, P.S. | Foster Pepper PLLC |
| 200 W Mercer St, Ste. 208 | 1111 Third Ave, Suite 3000 |
| Seattle, WA 98119-3994 | Seattle, WA 98101-3299 |
| Telephone: (206)223-1688 | Telephone: (206)447-4400 |
| Fax: (206) 223-0946 | Facsimile: (206)749-1936 |
| Email: SteveR@erslaw.com | E-mail: jack.zahner@foster.com |
| Tom@erslaw.com | Adrienne.mckelvey@foster.com |
| Attorneys for defendant Degginger McIntosh & Associates, Inc. | Attorneys for plaintiff Gregory J. Stark |

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of October, 2017.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER - 2

dest-p-stip for extension of time to answer

ROCKEY STRATTON, P.S.
ATTORNEYS AT LAW
200 WEST MERCER STREET, SUITE 208
SEATTLE, WASHINGTON 98119-3994
(206) 223-1688